United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GENCO CONSTELLATION LTD., § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:23-cv-00365 |
| § | |
| BG SHIPPING CO. LTD., § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 7, 2023, SPDBFL No. Fifty-Three (Tianjin) Shipping Leasing Company Limited's ("SPD") Motion to Vacate (Dkt. 12) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(C). Dkt. 23. Judge Edison filed a Memorandum and Recommendation on February 15, 2023, recommending the motion be **DENIED**. Dkt. 40.

On February 27, 2023, SPD filed its Objections. Dkt. 57. On April 5, 2023, Plaintiff filed its Response. Dkt. 63. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections and Response; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 40) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) SPD's Motion to Vacate (Dkt. 12) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 10th day of April 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE